ERIC GRANT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:26-CR-00012-JLT-SKO |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JACIEL ULISES FIGUEROA LOZANO, AKA JACIEL LOZANO FIGUEROA, | |
| Defendant. | DATE: January 29, 2026<br>TIME: 2:00 p.m.<br>COURT: Hon. Stanley A. Boone |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for preliminary hearing on January 29, 2026.

2.    By this stipulation, government and defendant now move to set the matter for a change of plea on February 17, 2026, and to exclude time between January 29, 2026, and February 17, 2026, under Local Code T4.

3.    The parties agree and stipulate, and request that the Court find the following:

a)    The government has represented that the discovery associated with this case includes reports and other documents.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

b)       The government has provided defense counsel a fast-track plea agreement. Counsel for defendant has communicated to the government that the matter could be set for a change of plea hearing before the District Judge who will be assigned to this case.

c)       Counsel for defendant and the government have agreed to the requested date and this date has been cleared with both Judge Thurston's and Judge Sherriff's chambers.  Counsel for defendant believes that failure to grant the above-requested setting would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)       The government does not object to the continuance.

e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 29, 2026 to February 17, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  January 27, 2026                          ERIC GRANT
                                                 United States Attorney


                                                 /s/ LAUREL J. MONTOYA
                                                 LAUREL J. MONTOYA
                                                 Assistant United States Attorney

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated:  January 27, 2026

/s/ ADILENE FLORES ESTRADA

ADILENE FLORES ESTRADA
Counsel for Defendant
JACIEL ULISES FIGUEROA
LOZANO, AKA JACIEL
LOZANO FIGUEROA

## ORDER

THEREFORE, FOR GOOD CAUSE SHOWN:

1.      The date of the change of plea hearing is set for February 17, 2026.

2.      The time between January 29, 2026, and February 17, 2026., shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3.      Defendant shall appear at that date and time before the assigned District Judge.

IT IS SO ORDERED.

Dated:    **January 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3