ERIC GRANT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                              v.<br><br>JACIEL ULISES FIGUEROA LOZANO, AKA JACIEL LOZANO FIGUEROA,<br><br>                              Defendant. | CASE NO.  1:26-CR-00012-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br><br>DATE: February 17, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for change of plea hearing on February 17, 2026.

2.     By this stipulation, government and defendant now move to continue the change of plea to March 9, 2026, and to exclude time between February 17, 2026, and March 9, 2026, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     The government has represented that the discovery associated with this case includes reports and other documents.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

b)      The defendant and the government have signed and filed a plea agreement and associated documents.  The defendant could not be transported to Court on the date set for the change of plea hearing due to a health issue.

c)      The government does not object to the continuance.

d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 17, 2026 to March 9, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  February 17, 2026                                    ERIC GRANT
                                                            United States Attorney


                                                            /s/ LAUREL J. MONTOYA
                                                            LAUREL J. MONTOYA
                                                            Assistant United States Attorney



Dated:  February 17, 2026                                    /s/ ADILENE FLORES
                                                            ESTRADA
                                                            ADILENE FLORES ESTRADA
                                                            Counsel for Defendant
                                                            JACIEL ULISES FIGUEROA
                                                            LOZANO, AKA JACIEL
                                                            LOZANO FIGUEROA

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

**ORDER**

THEREFORE, FOR GOOD CAUSE SHOWN:

1.    The change of plea hearing is continued to March 9, 2026.

2.    The time between February 17, 2026, and March 9, 2026., shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3.    Defendant shall appear at that date and time before the assigned District Judge.

IT IS SO ORDERED.

Dated:    **February 18, 2026**

_____
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3